**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:08CR87** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **CORLEONE M. McCURRY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion of the government for an extension of time (Filing No. 22).  The government seeks an extension of time in which to file a response to defendant's motion to suppress (Filing No. 20).  Government's counsel represents that counsel for defendant Coreleone M. McCurry has no objection to the motion.  Upon consideration, the motion is granted.  The government shall have **to on or before April 18, 2008**, in which to file a response to defendant's motion to suppress.

**IT IS SO ORDERED.**

DATED this 3rd day of April, 2008.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge