# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR87 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CORLEONE MONSHAE MC CURRY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's motion to review detention and request for an evidentiary hearing (Filing No. 33). Upon consideration, the motion is denied.

**IT IS SO ORDERED.**

DATED this 9th day of May, 2008.

BY THE COURT:

s/ Thomas D. Thalken

United States Magistrate Judge